

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SKINNER CUSTOM HOMES, INC., | § | No. 08-12-00039-CV |
| Appellant, | § | Appeal from the |
| v. | § | 67th District Court |
| | § | |
| RYAN T. SMITH AND CATHERINE R. SMITH, | § | of Tarrant County, Texas |
| | § | (TC#067-247062-10) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the order of the trial court granting Appellees' motion for summary judgment, and remand the case for a trial on the merits, in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF MARCH, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating